No. 107, Misc. YOUGH *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Richard Newman* for petitioner.

No. 111, Misc. DOSSKEY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for respondent.

No. 114, Misc. AUSTIN *v.* ALABAMA. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 130, Misc. MEAD *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 131, Misc. BARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert L. Segar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 153, Misc. PURSLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 154, Misc. LANDMAN *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 158, Misc. JONES *v.* BROWN, DIRECTOR, DEPARTMENT OF WELFARE AND INSTITUTIONS. C. A. 4th Cir. Certiorari denied.

No. 161, Misc. GLENN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.